UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3-13-CV-435-GCM

| | |
|---|---|
| BROADCAST MUSIC, INC.; ) <br> SONY/ATV SONGS LLC d/b/a ) <br> SONY/ATV TREE PUBLISHING; ) <br> WARNER-TAMERLANE PUBLISHING ) <br> CORP.; AVERAGE JOES ) <br> ENTERTAINMENT GROUP LLC d/b/a ) <br> AVERAGE ZJS MUSIC PUBLISHING; ) <br> INDIANA ANGEL MUSIC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> B & D ADVENTURE, LLC ) <br> d/b/a SHARKY'S BAR & BILLIARDS ) <br> and JEFFREY S. BOLES, individually, ) <br>  ) <br> Defendants. ) | ORDER AND DEFAULT JUDGMENT |

THIS MATTER came to be heard and was heard by the undersigned upon Plaintiffs' Motion for Default Judgment against Defendant B & D Adventure, LLC, d/b/a Sharky's Bar & Billiards ("B & D Adventure"). Having reviewed Plaintiffs' motion and supporting memorandum and affidavits, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED AND ADJUDGED THAT:

(a) Plaintiffs' Motion for Default Judgment against Defendant B & D Adventure is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of three musical compositions owned and/or licensed by Plaintiffs.

(b) Plaintiffs shall recover from Defendant B & D Adventure statutory damages in the amount of $4,000 for each of the three musical compositions, for a total of $12,000, pursuant

to 17 U.S.C. Section 504(c)(1).

(c) Plaintiffs shall recover from Defendant B & D Adventure full costs in this action, including reasonable attorney's fees, in the amount of $4,430.20, pursuant to 17 U.S.C. Section 505.

(d) Plaintiffs shall recover from Defendant B & D Adventure interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

(e) Defendant B & D Adventure and its agents, servants, employees, and all persons acting under its permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Plaintiffs.

(f) This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

Signed: June 2, 2014

Graham C. Mullen
United States District Judge