IN THE UNITED STATES DISRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV435

| | | |
|---|---|---|
| BROADCAST MUSIC, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| B & D ADVENTURE, LLC d/b/a | ) | |
| SHARKY'S BAR & BILLIARDS and | ) | |
| JEFFREY S. BOLES, individually, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Plaintiffs' Motion for Summary Judgment as to Defendant Jeffrey S. Boles. A default judgment was entered as to Defendant B & D Adventure, LLC d/b/a Sharky's Bar & Billiards on June 2, 2014. A Roseboro notice was sent to Defendant Boles on June 3, 2014, but was returned as undeliverable. The Court has considered the Plaintiffs' motion and finds that there is no genuine issue of material fact. The Court finds that Defendant Jeffrey S. Boles knowingly and intentionally infringed upon the copyrights of three musical compositions owned and/or licensed by Plaintiffs. Accordingly,

IT IS THEREFORE ORDERED:

(1) That Plaintiffs' Motion for Summary Judgment is hereby GRANTED;

(2) That Defendant Jeffrey S. Boles is hereby permanently enjoined from further acts of infringement;

(3) That Plaintiffs shall recover from Defendant Boles statutory damages in the amount of $4,000.00 for each of the three musical compositions, for a total of 12,000.00, pursuant to 17 U.S.C. § 504(c)(1);

(4) That Plaintiff shall recover full costs in this action, including reasonable attorneys' fees in the amount of $8,794.80, pursuant to 17 U.S.C. § 505;

(5) That Plaintiff shall recover from Defendant Boles interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. §1961; and

(6) That Defendant Jeffrey S. Boles and his agents, servants, employees, and all persons acting under his permission or authority, shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

Signed: July 15, 2014

Graham C. Mullen
United States District Judge